UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>JOHN SINCLAIR, individually and d/b/a FORTRESS INTERNATIONAL; CANDACE SINCLAIR, a/k/a CANDEE JORDAN, individually and d/b/a FORTRESS INTERNATIONAL; DIRECTOR OF INTEGRITY MINISTRIES; and DIRECTOR OF INTERNATIONAL INTEGRITY FOUNDATION,<br><br>                        Defendants. | No.  C05-45Z<br><br>ORDER |

Plaintiff's Motion to Withdraw the Declaration of Revenue Agent Martin, docket no. 22, is GRANTED. The Declaration of Revenue Agent Martin, docket no. 6 is STRICKEN. In addition, the Court STRIKES without prejudice Plaintiff's Motion for Preliminary Injunction, docket no. 5, which is unsupported without the Declaration of Revenue Agent Martin, docket no. 6.

Defendant John Sinclair's Motion to Appoint Counsel, docket no. 7, is DENIED. Defendant Candace Sinclair's Motion to Appoint Counsel, docket no. 9, is DENIED.

ORDER   -1-

IT IS SO ORDERED.

DATED this 12th day of April, 2005.

_____
Thomas S. Zilly
United States District Judge

ORDER   -2-